LAWRENCE G. BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEINOK A. WOLDE MARIAM, | No. 1:09-cv-00671-LJO-SMS |
| Plaintiffs, | JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER TO COMPLAINT AND ORDER |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | SCHEDULING CONFERENCE:<br>Old Date: June 25, 2009<br>NEW DATE: September 10, 2009<br>TIME: 10:00 a.m. |
| Defendants. | BEFORE: Judge Snyder, Courtroom #7 |

This is an immigration case in which plaintiff has challenged the delay in the processing of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a 60-day extension of time for the government to file its answer to the complaint, until August 12, 2009. As well, the parties request that the scheduling conference, currently set for June 25, 2009, be reset to sometime after the new answer date.

Dated: June 2, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By:  /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

-1-

By:  /s/ JEREMY M. CLASON
Jeremy M. Clason
Attorney for the Plaintiff

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to August 12, 2009, and the Scheduling Conference hearing is continued from June 25, 2009 to **September 10, 2009 at 10:00a.m. in Courtroom #7 before Judge Snyder.**

IT IS SO ORDERED.

**Dated:   June 4, 2009**                                    /s/ Sandra M. Snyder
                                                             UNITED STATES MAGISTRATE JUDGE