1  LAWRENCE G. BROWN
   Acting United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEINOK A. WOLDE MARIAM, | No. 1:09-cv-00671 LJO SMS |
| Plaintiffs, | JOINT STIPULATION RE: SECOND EXTENSION OF TIME FOR ANSWER |
| v. | TO COMPLAINT AND ORDER |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the processing of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to one extension of time in this matter. The parties respectfully inform the Court that they continue to endeavor toward reaching a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a second 60-day extension of time for the government to file its answer to the complaint, until October 13, 2009. As well, the parties request that the scheduling conference, currently set for September 10, 2009, be reset to sometime after the new answer date.

Dated: June 2, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

-1-

By:   /s/ JEREMY M. CLASON
Jeremy M. Clason
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to October 13, 2009, and the Scheduling Conference hearing is continued from September 10, 2009 to **November 2, 2009 at 9:30 a.m. before Judge Snyder in Courtroom #7.**

IT IS SO ORDERED.

Dated:   August 12, 2009            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE