LAWRENCE G. BROWN
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEINOK A. WOLDE MARIAM, | No. CV F 09 CV F 671 LJO SMS |
| Plaintiffs, | JOINT STIPULATION RE: DISMISSAL AND ORDER |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiff has challenged the delay in the processing of his application to adjust status to that of lawful permanent resident by U.S. Citizenship and Immigration Services (CIS). On October 7, 2009, the application was approved. Accordingly, the parties stipulate to dismissal of this action as moot.

Dated: October 8, 2009

                                                            LAWRENCE G. BROWN
                                                            United States Attorney

                         By:    /s/Audrey Hemesath
                               Audrey B. Hemesath
                               Assistant U.S. Attorney
                               Attorneys for the Defendants

                       By:    /s/ JEREMY M. CLASON
                               Jeremy M. Clason
                             Attorney for the Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed as moot.

IT IS SO ORDERED.

**Dated:    October 13, 2009**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE